UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
          Plaintiff,

v.                                         Case No. 19-CR-246

MARIO CHAGOYA,
          Defendant.

## RECOMMENDATION THAT THE DEFENDANT'S MOTION TO SUPPRESS BE DENIED

Mario Chagoya is charged in a three-count indictment with drug and firearm offenses. On January 23, 2020, he filed three motions to suppress. (ECF Nos. 15, 16, 17.) The court previously addressed Chagoya's motion to suppress evidence recovered pursuant to a search warrant for his home (ECF No. 16) and his motion for a *Franks* hearing (ECF No. 17). (ECF No. 24.) In a January 30, 2020 order (ECF No. 25), the court granted him until January 31, 2020, to supplement his motion to suppress evidence obtained pursuant to a GPS warrant (ECF No. 15). He did not amend, supplement, or withdraw his motion. Therefore, the court must address Chagoya's pending motion.

According to the brief filed in support of his motion, investigators on September 3, 2019, obtained a search warrant to track Chagoya's vehicle through a GPS tracking device. (ECF No. 18 at 3.) The warrant authorized law enforcement to track the vehicle

for 30 days. However, tracking continued for more than 30 days. (ECF No. 18 at 4.) Chagoya argued that tracking on October 10, 2019, was done without a warrant and, therefore, evidence obtained as a result must be suppressed.

After Chagoya filed his motion to suppress, the government provided him with a GPS warrant issued on October 3, 2019. (ECF No. 21-1, ¶ 10 (affidavit of defense counsel).) This warrant likewise authorized the tracking of Chagoya's vehicle for 30 days—that is, including on October 10, 2019. (ECF No. 20 at 1.) The government having negated the basis for Chagoya's motion to suppress, the court finds no basis for it to be granted.

**IT IS THEREFORE RECOMMENDED** that Mario Chagoya's "Motion to Suppress Evidence (Guns) Acquired During Execution of the GPS Warrant for the Durango" (ECF No. 15) be **DENIED**.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Crim. P. 59(b)(2), whereby written objections to any recommendation herein or part thereof may be filed within fourteen days of service of this recommendation or prior to the Final Pretrial Conference, whichever is earlier. Failure to file a timely objection with the district court shall result in a waiver of your right to appeal.

Dated at Milwaukee, Wisconsin this 3rd day of February, 2020.

_William E. Duffin_
WILLIAM E. DUFFIN
U.S. Magistrate Judge