# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>MARIO CHAGOYA,<br><br>     Defendant. | Case No. 19-CR-246-JPS<br><br>**ORDER** |

   On January 23, 2020, Defendant filed two motions to suppress evidence. (Docket #15 and #16). On January 29 and February 3, 2020, Magistrate Judge William E. Duffin issued reports and recommendations that each motion be denied. (Docket #23 and #27). Defendant subsequently obtained new counsel. (Docket #29, #31, and #32). Defendant's new counsel asked for an adjournment of the trial date and for additional time to submit objections to Magistrate Judge Duffin's recommendations. (Docket #30). On February 14, 2010, the Court granted both requests. (Docket #37). Defendant was afforded until March 2, 2020 to submit objections to the recommendations. *Id.* That date has passed without the filing of objections or anything else by Defendant. The Court will, therefore, treat the recommendations as unopposed. The Court has considered the recommendations and, having received no objection thereto, will adopt them.

   Accordingly,

   **IT IS ORDERED** that Magistrate William E. Duffin's reports and recommendations (Docket #23 and #27) be and the same are hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that Defendant's motions to suppress (Docket #15 and #16) be and the same are hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 11th day of March, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge