UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 19-CR-246-JPS |
| MARIO CHAGOYA, | **ORDER** |
| Defendant. | |

On November 24, 2020, the Government filed a motion to dismiss Count Three of the Indictment. (Docket #49). Upon consideration of the motion and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court will grant the Government leave to dismiss Count Three of the Indictment without prejudice.

Accordingly,

**IT IS ORDERED** that the Government's motion to dismiss Count Three of the Indictment (Docket #49) be and the same is hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 30th day of November, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge